99 P.3d 15

## WATERFALL ECONOMIDIS
v.
## PIMA COUNTY ARIZONA
### No. CV–04–0161–PR.

Supreme Court of Arizona.

Oct. 26, 2004.

ORDERED: Application of American Council of Engineering Companies of Arizona and Arizona Builders' Alliance for Permission to file Brief as Amicus Curiae = GRANTED.

FURTHER ORDERED: Petition for Review (Oral Argument Requested) = DENIED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.

FURTHER ORDERED: Request for Attorneys' Fees [Appellee Waterfall, Economidis] = DENIED.

FURTHER ORDERED: Request for Attorneys' Fees [Appellant Pima County] = DENIED.